BEFORE THE THIRD DIVISION, JULY 17, 1957

**No. 61065.**—Judson Sheldon Division, National Carloading Corporation *v.* United States, protest 290458–K (New York).

Opinion by RICHARDSON, J.   In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 61066.**—Gary Valenti *v.* United States, protest 293674–K (New York).

Opinion by RICHARDSON, J.   In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 61067.**—Robert L. Albert *v.* United States, protest 294281–K (New York).

Opinion by RICHARDSON, J.   In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 61068.**—Overseas Housewares Co., by: W. J. Byrnes & Company of N. Y., Inc. *v.* United States, protest 294741–K (New York).

Opinion by RICHARDSON, J.   In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 61069.**—Central Knitwear, Inc. *v.* United States, protest 295003–K (New York).

Opinion by RICHARDSON, J.   In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

JULY 15, 1957

**No. 61070.**—Manca, Inc. *v.* United States, protests 252936–K and 252937–K.——C. D. 1874.   Motion of Government for rehearing denied.

**No. 61071.**—Gehrig, Hoban & Co., Inc. *v.* United States, protest 247230–K.——C. D. 1876.   Plaintiff's application for rehearing granted.

**No. 61072.**—Bercut-Vandervoort & Co., Inc. *v.* United States, protest 192781–K (C. D. 1877) and protest 192782–K (Abstract 60713).—Plaintiff's application for rehearing denied.

**No. 61073.**—Walter Brooks and Milton Snedeker Corp. et al. *v.* United States, protests 270704–K, etc.—Protests abandoned May 29, 1957. (Not published.) (Initial No. 241820–K.)   Plaintiffs' application for rehearing granted.

**No. 61074.**—Frederic Henjes, Jr., Inc. *v.* United States, protest 277100–K.—— Plaintiff's application for rehearing granted.